**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7891

CHARLES A. WALKER,

Plaintiff - Appellant,

versus

GREENSVILLE MEDICAL STAFF; NURSE NUNDY; NURSE
PECK; LIEUTENANT WOODSON, Building Supervisor;
K.D. RAE, Secretary,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (CA-05-1066-1-CMH)

Submitted: March 23, 2006          Decided: March 30, 2006

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles A. Walker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles A. Walker appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Walker v. Greensville Corr. Ctr., No. CA-05-1066-1-CMH (E.D. Va. Nov. 23, 2005). We deny Walker's pending motions to file a supplemental brief, for a "temporary" and a "preliminary" restraining order, and for an injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED